## 46945.   MURRAY v. ABERCROMBIE.

EBERHARDT, Judge. The plaintiff in this trover case having failed to carry his burden of establishing that there is no genuine issue as to any material fact and that he is entitled as a matter of law to a partial summary judgment on the question of title, the judgment of the trial court denying the motion for partial summary judgment is

*Affirmed. Bell, C. J., and Evans, J., concur.*
ARGUED MARCH 6, 1972—DECIDED MARCH 17, 1972.

*Koehler & Russo, Paul R. Koehler,* for appellant.
*Johnson & Lane, J. Clifford Johnson,* for appellee.